PER CURIAM:

Westinghouse appeals from an award of summary judgment, directing the company to arbitrate certain grievances arising under a collective bargaining agreement with appellee union. Last term, in Carey v. General Electric Co., 315 F.2d 499 (2d Cir. 1963), we had occasion to emphasize the strong federal policy in favor of industrial arbitration in rejecting arguments virtually indistinguishable from those invoked by Westinghouse in the present case. Accordingly, we affirm the judgment on Judge Weinfeld's opinion below, and upon the authority of our decision in the General Electric case, as well as the Supreme Court's recent holding in Carey v. Westinghouse Electric Corporation, 84 S.Ct. 401.

Abraham S. Robinson, New York City (Emanuel Thebner and Herbert Alan Johnson, New York City, on the brief), for defendant-appellant Sidney Steinschreiber.

Alexander Dreiband, New York City (Dreiband, Bleecker & Silberman, New York City, on the brief), for defendants-appellants John P. Calise and Westchester Blood Service, Inc.

Before LUMBARD, Chief Judge, and KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM:

The judgments below are affirmed on the opinion of Judge Tyler, reported at D.C., 219 F.Supp. 373 (S.D.N.Y.1963).

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Sidney STEINSCHREIBER, doing business as Sidcaps Laboratories, John P. Calise, Westchester Blood Service, Inc., Defendants-Appellants.**

No. 245, Docket 28498.

United States Court of Appeals Second Circuit.

Argued Jan. 9, 1964.

Decided Jan. 17, 1964.
Certiorari Denied March 30, 1964.
See 84 S.Ct. 1125.

Albert J. Gaynor, Asst. U. S. Atty., New York City (Robert M. Morgenthau, U. S. Atty., for the Southern District of New York, Richard A. Givens, Charles A. Stillman and Robert J. Geniesse, Asst. U. S. Attys., New York City, on the brief), for appellee.

**Warren H. WHEELER, a Minor, by J. H. Wheeler, his father and next friend, et al., and C. C. Spaulding, III, a Minor, by C. C. Spaulding, Jr., his father and next friend, et al., Appellees,**

v.

**DURHAM CITY BOARD OF EDUCATION, a body politic in Durham County, North Carolina, Appellant,**

No. 9184.

United States Court of Appeals Fourth Circuit.

Argued Jan. 20, 1964.

Decided Jan. 27, 1964.

Marshall T. Spears and Jerry L. Jarvis, Durham, N. C. (Spears, Spears & Barnes, and Watkins & Jarvis, Durham, N. C., on brief), for appellant.

James M. Nabrit, III, New York City (Jack Greenberg, Derrick A. Bell, New York City, Conrad O. Pearson, M. Hugh Thompson, William A. Marsh, Jr., J. H. Wheeler and F. B. McKissick, Durham, N.C., on brief), for appellees.